AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of West Virginia

FILED
AUG 29 2018
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| ZACHARY COSTANZO )<br>*Plaintiff* )<br>v. )<br>EMS USA, INC. )<br>*Defendant* ) | Civil Action No. 5:16-CV-168 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* ZACHARY COSTANZO  recover from the defendant *(name)* EMS USA, INC.  the amount of TWO HUNDRED TWENTY-TWO THOUSAND and No/100 dollars ($ 222,000.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 2.44 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge FREDERICK P. STAMP, JR.  on a motion for DEFAULT JUDGMENT

Date: 8-29-18

**Cheryl Dean Riley**
CLERK OF COURT

By: A. O. Abraham
*Signature of Clerk or Deputy Clerk*